### CHARLES HUTCHINS *versus* TIMOTHY A. EDSON.

A sheriff in this state is not liable for the escape of a prisoner who is in his custody upon an execution not under seal.

THIS was an action of debt, for an escape upon execution. The cause was submitted to the decision of the court upon the following facts:

The plaintiff recovered judgment in the superior court in this county against one *Benjamin Blake*, and sued out execution upon the judgment, upon which execution *Blake* was arrested, and, being in the custody of the defendant, who is sheriff of this county, escaped ; but the execution upon which *Blake* was arrested and in custody was not under the seal of the court.

*Per curiam.* If the execution upon which *Blake* was in custody was void, the defendant is not liable for the escape : but if it was only voidable for irregularity, he must be adjudged answerable. *Cro. Eliz.* 188.—2 *Williams' Saunders* 101, *note* 2.—2 *Salkeld* 700.—1 *Salkeld* 273.—11 *John.* 433, *Ray & al.* vs. *Hodgeboom.*—13 *John.* 378, *Scott* vs. *Shaw.*—13 *John.* 529, *Hinman* vs. *Brees.* The question

then is, was the execution on which *Blake* was in custody, void ? We are clearly of opinion that it was. The constitution of this state declares, that " all writs, issuing out of " the clerk's office in any of the courts of law, shall be in " the name of the state of *New-Hampshire,* and shall be " under the seal of the court whence they issue ;" and the fifteenth article in our bill of rights declares, that " no sub- " ject shall be arrested, imprisoned, &c., but by the judg- " ment of his peers, or the law of the land." " *The law of* " *the land*" here means process warranted by law. But a writ not under seal is not process warranted by law. Even an act of the legislature, directing our courts to issue writs without seal, would be repugnant to the constitution, and void. The constitution in our opinion has rendered a seal essential to the validity of all our writs ; and no officer can justify any thing done under a writ of execution not under seal. It is no better warrant for an arrest than a piece of blank paper. As the defendant, therefore, could not legally detain *Blake*, he is not answerable for his escape, and there must be                     *Judgment for the defendant.*